

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2020

No. 04-20-00049-CV

**IN THE INTEREST OF L.V.S., P.M.S., AND P.M.S**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 17-538
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

On April 22, 2020, appellant's counsel filed a motion to withdraw in which counsel states good cause exists for withdrawal. The motion lists appellant's last known address and telephone number, as well as a statement that a copy of the motion was delivered to appellant and appellant was notified in writing of her right to object to the motion. *See* TEX. R. APP. P. 6.5(a)(2), (3), (4); 6.5(b). Although counsel's motion included the past due deadline for appellant's response regarding non-payment for the court reporter's record, counsel's motion does not contain an accurate list of deadlines in this appeal. *See id*. 6.5(a)(1). At the time counsel filed the motion to withdraw, the deadline for appellant's brief was set as April 24, 2020.

In this case, we find good cause to suspend the rules and **GRANT** counsel's motion to withdraw. Counsel is **ORDERED** that he "must immediately notify [appellant], in writing, of any deadlines …[, and counsel] must file a copy of that notice with the court clerk." *See id*. 6.5(c).

Appellant is **ORDERED** to file, on or before **May 18, 2020,** appellant's brief or a motion for extension of time in which to file appellant's brief. If appellant does not file appellant's brief or a motion for extension of time, a show cause order will issue requiring appellant to show why this appeal should not be dismissed for want of prosecution.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2020.



Michael A. Cruz,
Clerk of Court